**FILED**
MAY 01 2008 NF
May 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Karriem K. Beyah

_____

(Name of the plaintiff or plaintiffs)

v.

Dean Foods

_____

(Name of the defendant or defendants)

CIVIL ACTION

08CV2495
JUDGE MANNING
MAGISTRATE JUDGE COX

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Karriem K. Beyah of the county of Dupage in the state of Illinois.

3. The defendant is Dean Foods, whose street address is 3600 North River Road Franklin Park, (city) Franklin Pk (county) Cook (state) Illinois (ZIP) 60131
(Defendant's telephone number) (847)- 628-1680

4. The plaintiff sought employment or was employed by the defendant at (street address) 3600 N. River Road (city) Franklin Park (county) Cook (state) Ill. (ZIP code) 60131

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _05-May_, (day) _31_, (year) _2005_. & Earliest 12-04-04

7._1_ (*Choose paragraph 7.1 or 7.2, do not complete both.*)

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has* ☒ *has* ~~not~~ filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) _August_ (day) _23_ (year) _2005_.

    (ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year)_____
    ☐ No, did not file Complaint of Employment Discrimination

    2.    The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

    c.    Attached is a copy of the

        a. Complaint of Employment Discrimination,
        ☐ YES   ☐ NO, but a copy will be filed within 14 days.

        (ii) Final Agency Decision
        ☐ YES   ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a)☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

    (b)☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) March (day) 8th (year) 2008 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

    (a)☐ Age (Age Discrimination Employment Act).
    (b)☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
    (d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (e)☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (f)☐ Religion (Title VII of the Civil Rights Act of 1964)
    (g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C. §1331, 28 U.S.C. §1343(a)(3), and 42 U.S.C. §2000e-5(f)(3); for 42 U.S.C. §1981 and §1983 by 42 U.S.C. §1988; for the A.D.E.A. by 42 U.S.C. §12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant *[check only those that apply]*

    (a)☐ failed to hire the plaintiff.
    (b)☑ terminated the plaintiff's employment.
    (c)☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I was hired by Respondent in the position of Sales Manager. From the beginning of my employment I have been denied resources necessary for the successful performance of my job in the form of office space, business cards, Technical support and office supplies, but similarly situated non-Black employees were afforded these items. I was discharged May 31st, 2005 and Replaced by a less experienced Non-Black male.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐   Direct the defendant to (specify): _____

_____
_____
_____
_____
_____
_____

(g) ☑   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_____ *Karriem K. Beyah* _____

(Plaintiff's name)

_____ *Karriem K. Beyah* _____

(Plaintiff's street address)

2312 Carlow Drive

(City) Darien   (State) IL   (ZIP) 60561

(Plaintiff's telephone number) (630) - 910-3791

Date: 05-01-08

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>210-2005-08512 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)<br>**Mr. Kerriem K. Beyah** | Home Phone No. (Incl Area Code)<br>**(630) 910-3791** | Date of Birth<br>**11-28-1961** |
|---|---|---|
| Street Address<br>**2312 Carlow Drive, Chicago, IL 60651** | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**DEAN FOODS** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Cod<br>**(847) 678-1680** |
|---|---|---|
| Street Address<br>**3600 N River Rd, Franklin Pk, IL 60131** | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. (Include Area Cod |
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **12-04-2004** Latest: **05-31-2005**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or around December 2004 in the position of Sales Manager. From the beginning of my employment I have been denied resources necessary for the successful performance of my job in the form of office space, business cards, technical support and office supplies, but similarly situated non-Black employees were afforded these items. I was discharged May 31, 2005 and replaced by a less experienced non-Black male.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
AUG 29 2005
CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 08-26-05       Kerriem K. Beyah<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

CHICAGO DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
500 WEST MADISON STREET, SUITE 2800
CHICAGO, ILLINOIS 60661

OFFICIAL BUSINESS

Kerriem K. Beyah
2312 Carlow Drive
Darien, IL 60561

02 1A
0004611411
MAILED FROM ZIP CODE 60661
$ 00.41⁰
FEB 28 2008
UNITED STATES POSTAGE
PITNEY BOWES

EEOC Form 161 (3/98) **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | CERTIFIED MAIL 7000 1670 0012 6745 0743 CP<br>Kerriem K. Beyah<br>2312 Carlow Drive<br>Chicago, IL 60651 | From: | Chicago District Office - 440<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210-2005-08512 | Sherice Galloway,<br>Investigator | (312) 886-4824 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____  6/30/06
John P. Rowe,  (Date Mailed)
District Director

Enclosures(s)

cc: **DEAN FOODS COMPANY**

RECEIVED EEOC
JUL 1 7 2006
CHICAGO DISTRICT OFFICE