# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Karriem Beyah K.
(Please print)

STREET ADDRESS: 2312 Carlow Drive

CITY/STATE/ZIP: Darien Illinois

PHONE NUMBER: 630 910-3791

CASE NUMBER: 08CV2495
JUDGE MANNING
MAGISTRATE JUDGE COX

Signature: Karriem K. Beyah

Date: 05-01-08

**FILED**
MAY 0 1 2008
May 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT